# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Payne, Robert E. | United States District Court Eastern District of Virginia | 01/05/2022 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior Article III Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
701 E. Broad Street, Suite 7310
Richmond, Virginia 23219

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/05/2022 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/05/2022 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 01/05/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.     IRA #1 | | | | | | | | | |
| 2.     --Abbey Cptl Futures Strategy | | None | | | Sold | 04/20/20 | J | | |
| 3.     --AB Small Cap Grw Adv | B | Dividend | | | Sold | 09/09/20 | J | B | |
| 4.     --AMG Mngrs Silvercrest | | None | K | T | Buy<br>(add'l) | 09/09/20 | J | | |
| 5.     --Artisan Mid Cap Adv | B | Dividend | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 6. | | | | | Sold | 09/09/20 | J | B | |
| 7.     -- Artisan Mid Cap Value Fund | | None | K | T | Buy<br>(add'l) | 04/20/20 | J | | |
| 8.     -- Blackrock Hi Yield BD | | None | K | T | Buy | 04/20/20 | K | | |
| 9. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 10.    --Blackstone Alt Mult-Strat | | None | K | T | Sold<br>(part) | 02/03/20 | J | | |
| 11. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 12. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 13. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |
| 14. | | | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 15.    --Calamos Market Neutral Inc | | None | K | T | Buy<br>(add'l) | 04/20/20 | J | | |
| 16. | | | | | Buy<br>(add'l) | 08/31/20 | J | | |
| 17. | | | | | Buy<br>(add'l) | 09/09/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 01/05/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 12/17/20 | J | | |
| 19.  --Center Coast MLP Focus | | None | | | Sold | 04/06/20 | J | | |
| 20.  --Cullen High Dividend Equity | | None | K | T | Buy<br>(add'l) | 08/31/20 | J | | |
| 21. | | | | | Sold<br>(part) | 09/09/20 | J | | |
| 22.  -- GQG Partners Emrg Mkts | | None | K | T | Buy | 04/07/20 | J | | |
| 23. | | | | | Sold<br>(part) | 09/09/20 | J | A | |
| 24.  --Invesco Dynamic Large Cap Val | | None | K | T | Buy | 08/31/20 | J | | |
| 25. | | | | | Sold<br>(part) | 09/09/20 | J | | |
| 26.  --Invesco Opp Intl Growth | C | Dividend | K | T | Sold<br>(part) | 02/03/20 | J | A | |
| 27. | | | | | Sold<br>(part) | 04/20/20 | J | A | |
| 28. | | | | | Sold<br>(part) | 09/09/20 | J | C | |
| 29.  -- Janus (Henderson) Flexible Bond | A | Dividend | | | Sold<br>(part) | 02/03/20 | J | A | |
| 30. | | | | | Sold | 04/07/20 | K | A | |
| 31.  --Lazard Emerg Mkts Core | B | Dividend | K | T | Sold<br>(part) | 09/09/20 | J | B | |
| 32.  -- Loomis Growth | B | Dividend | K | T | Sold<br>(part) | 02/03/20 | J | A | |
| 33. | | | | | Buy<br>(add'l) | 04/20/20 | J | | |
| 34. | | | | | Sold<br>(part) | 09/09/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/05/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Matthews Asian Japan Inv | B | Dividend | | | Sold | 09/09/20 | J | B | |
| 36. --MFS Int'l Intrinsic Value I | D | Dividend | | | Sold (part) | 02/03/20 | J | A | |
| 37. | | | | | Sold (part) | 04/20/20 | J | | |
| 38. | | | | | Sold | 09/09/20 | J | D | |
| 39. -- Mondrian Intl EQ Value | | None | K | T | Buy | 09/09/20 | K | | |
| 40. --Oakmark Fund Advisor | | None | K | T | Buy (add'l) | 08/31/20 | J | | |
| 41. | | | | | Sold (part) | 09/09/20 | J | | |
| 42. --Oakmark International Advisor | | None | K | T | Buy (add'l) | 04/20/20 | J | | |
| 43. | | | | | Sold (part) | 09/09/20 | J | | |
| 44. -- PGIM Jennison MLP | | None | J | T | Buy | 04/06/20 | J | | |
| 45. | | | | | Buy (add'l) | 04/07/20 | J | | |
| 46. -- PGIM Total Return Bond | | None | L | T | Buy | 04/07/20 | K | | |
| 47. | | | | | Buy (add'l) | 04/20/20 | K | | |
| 48. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 49. | | | | | Buy | 12/17/20 | J | | |
| 50. --Pimco Real Return | A | Dividend | | | Sold | 04/20/20 | J | A | |
| 51. --Pimco Short Term | | None | K | T | Sold (part) | 02/03/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 01/05/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/20/20 | K | | |
| 53. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 54. --Polen Growth Institutional | None | K | T | | Sold (part) | 02/03/20 | J | B | |
| 55. | | | | | Buy (add'l) | 04/20/20 | J | | |
| 56. | | | | | Sold (part) | 09/09/20 | J | B | |
| 57. -- Thornburg Limited-Trm Inc | None | K | T | | Buy | 09/09/20 | K | | |
| 58. | | | | | Buy (add'l) | 12/17/20 | J | | |
| 59. -- Virtus Kar Sm Md Cp Core | None | K | T | | Buy | 09/09/20 | K | | |
| 60. --Virtus MultiSector Short Term Bond | None | L | T | | Sold (part) | 02/03/20 | J | | |
| 61. | | | | | Buy (add'l) | 08/31/20 | J | | |
| 62. Wells Fargo Emerg Mrk | None | | | | Sold | 04/06/20 | K | | |
| 63. | | | | | | | | | |
| 64. IRA #2 | | | | | | | | | |
| 65. --AB Small Cap Grw Adv | None | J | T | | | | | | |
| 66. -- Artisan Midcap Value | None | J | T | | Buy (add'l) | 03/25/20 | J | | |
| 67. -- Aston/Montag & Caldwell Growth | None | J | T | | Buy (add'l) | 03/25/20 | J | | |
| 68. --Aston Silvercrest Small Cap | None | J | T | | Buy (add'l) | 05/20/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/05/2022 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   -- Blackrock Equity Div. A | | None | J | T | | | | | |
| 70.   -- Blackrock High Yield Bd | | None | J | T | Buy | 04/08/20 | J | | |
| 71. | | | | | Buy<br>(add'l) | 05/20/20 | J | | |
| 72.   --Blackrock Inflation Prot Bond | A | Dividend | | | Sold | 04/08/20 | J | A | |
| 73.   -- Columbia Select LG CP Growth | | None | J | T | | | | | |
| 74.   -- Invesco Opp Intl Growth | A | Dividend | J | T | Sold<br>(part) | 01/31/20 | | A | |
| 75.   -- Ivy Mid Cap Growth | | None | J | T | Buy<br>(add'l) | 03/25/20 | J | | |
| 76.   -- Lazard Emerging Markets Fund | | None | J | T | | | | | |
| 77.   --Matthews Asian Japan Inv | A | Dividend | | | Sold | 05/20/20 | J | A | |
| 78.   --MFS Int'l Value | | None | J | T | | | | | |
| 79.   -- Oakmark Fund Advisor | | None | J | T | Buy<br>(add'l) | 03/25/20 | J | | |
| 80.   -- Pimco Long Term Credit Bd | | None | | | Sold | 03/25/20 | J | | |
| 81.   -- Pimco Low Duration A | | None | J | T | | | | | |
| 82.   --Pimco Short Term | | None | J | T | | | | | |
| 83.   -- Virtus MultiSect Short Term Bond | | None | J | T | | | | | |
| 84.   -- Virtus Vontobel Merg Mkt Opp | | None | J | T | | | | | |
| 85.   -- Western Asset Core Plus Portfolio | | None | J | T | Buy<br>(add'l) | 03/25/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/05/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | | | | | |
| 87.   BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 88.   --AbbVie Inc Com | A | Dividend | J | T | Sold (part) | 05/11/20 | J | A | |
| 89.   -- Artisan Mid Cap Adv (X) | B | Dividend | | | Sold | 09/09/20 | J | B | |
| 90.   -- Autodesk Inc. | B | Dividend | J | T | Sold (part) | 09/09/20 | J | B | |
| 91.   -- Biogen | | None | J | T | | | | | |
| 92.   -- Broadcom Inc. | A | Dividend | J | T | Sold (part) | 09/09/20 | J | A | |
| 93.   -- Citrix Systems Inc. | | None | J | T | | | | | |
| 94.   -- Comcast Corp | A | Dividend | J | T | Sold (part) | 09/09/20 | J | A | |
| 95.   -- Cree Research Inc | | None | J | T | | | | | |
| 96.   --Discovery Communications | | None | J | T | | | | | |
| 97.   -- Dolby Cla | | None | J | T | | | | | |
| 98.   -- Fireeye Inc (X) | | None | J | T | | | | | |
| 99.   -- Fluor Corp | | None | | | Sold | 02/28/20 | J | | |
| 100.   -- Freeport McMoran | | None | J | T | | | | | |
| 101.   -- Guardian Health Inc (X) | | None | J | T | | | | | |
| 102.   -- Invesco Dynamic Large Cap Val | | None | J | T | Sold | 08/24/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Payne, Robert E. | 01/05/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 09/09/20 | L | | |
| 104. -- Ionis Pharmaceuticals Inc | | None | J | T | | | | | |
| 105. --Johnson Ctls Intl Plc | | None | J | T | | | | | |
| 106. -- L-3 Harris Technologies Inc | A | Dividend | J | T | Sold (part) | 08/24/20 | J | A | |
| 107. --Liberty Media C Ser C Siriusxm (Y) | | | | | | | | | |
| 108. -- Mainstay McKay Shtrm Muni | | None | K | T | Buy | 09/09/20 | K | | |
| 109. --Medtronic PLC (Y) | | | | | | | | | |
| 110. -- National Oilwell Varco Inc. (Y) | | | | | | | | | |
| 111. --Nuance Communications Inc (Y) | | | | | | | | | |
| 112. -- Nucor Corp (Y) | | | | | | | | | |
| 113. -- Pentair Ltd (Y) | | | | | | | | | |
| 114. -- Seagate Technology, Inc. | | None | J | T | | | | | |
| 115. -- TE Connectivity Ltd | | None | J | T | | | | | |
| 116. -- Thornburg Ltd Trm Muni | | None | K | S | Buy | 09/09/20 | K | | |
| 117. --Twitter Inc | B | Dividend | J | T | Sold (part) | 08/24/20 | J | A | |
| 118. | | | | | Sold (part) | 09/09/20 | J | A | |
| 119. -- UnitedHealth Gp Inc | B | Dividend | J | T | Sold (part) | 08/24/20 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Payne, Robert E.** | 01/05/2022 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- Vertex Pharmaceuticals | B | Dividend | J | T | Sold (part) | 08/24/20 | J | B | |
| 121. | | | | | Sold (part) | 09/09/20 | J | A | |
| 122.  --Western Digital Corporation | | None | J | T | | | | | |
| 123. | | | | | | | | | |
| 124.  BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 125.  -- MorganStanley - Cash | A | Interest | J | T | | | | | |
| 126.  -- Western Asset Managed Municipal | A | Distribution | J | T | | | | | |
| 127. | | | | | | | | | |
| 128. | | | | | | | | | |
| 129. | | | | | | | | | |
| 130. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. NAME CHANGE: Asset AbbVie Inc. Com, p. 9, line 88 is a name change of the asset, Allergan Plc, p. 7, line 58 on the 2019 Report.


2. The asset, Invesco Dynamic Large Cap Val., p. 9, line 102, was erroneously omitted from the 2019 Report. In the 2018 Report, the asset, Invesco Dynamic Large Cap Va., p. 9, line 88, was erroneously reported as "sold" on 12/31/18 instead of "sold(part)."

   The asset, Invesco Dynamic Large Cap Val., had no reportable transactions or reportable income during the reporting period of 01/01/19 - 12/31/19.

   The assest, Invesco Dynamic Large Cap Val., should have been reported on the 2019 Report with "None" in Column B(2); Value Code "M" in Column C(1); and Value Method "T" in Column C(2).

| Name of Person Reporting | Date of Report |
|---|---|
| Payne, Robert E. | 01/05/2022 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert E. Payne**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544